Frances Schack, Appellant, v. Rudolph Schack, Respondent.— Order reversed, with ten dollars costs and disbursements, and the motion granted, so far as to direct payment of alimony at the rate of thirty-five dollars a week, and

counsel fee of three hundred and fifty dollars. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.